UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
HENRY TUCKER,                                          MOTION FOR DEFAULT
                                                              JUDGMENT
                Plaintiff,

      -against-                                    *Civil Action No.:*
                                                           1:22-cv-2250-JPO
STEVE'S MARINE OF
AMITYVILLE, INC.,

                Defendant.
---------------------------------------X

    Plaintiff HENRY TUCKER hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant Steve's Marine of Amityville, Inc. on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: New York, New York
       August 26, 2022

                                        THE MARKS LAW FIRM

                                        By:_____
                                        Bradly G. Marks
                                        Attorney for Plaintiff
                                        155 E 55th Street, Suite 6A
                                        New York, NY 10022
                                        T:(646) 770-3775
                                        F: (646) 770- 2639
                                        brad@markslawpc.com

To: Steve's Marine of Amityville, Inc.
    2410 North Ocean Ave., #303
    Farmingville, NY 11738